Pages: 2

Daren R. Brinkman (CA Bar No. 158698)
firm@brinkmanlaw.com
**BRINKMAN PORTILLO RONK, APC**
4333 Park Terrace Drive, Ste. 205
Westlake Village, CA 91361
Tel: 818.597.2992 | Fax: 818.597.2998

*On behalf of Brinkman Portillo Ronk, APC*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| SlideBelts, Inc., | Case No.: 19-25064-FEC |
| Debtor. | DC No. DRB-6 |
| | Hearing Date: September 28, 2020<br>Hearing Time: 1:30 pm<br>Courtroom: 28 |

**BRINKMAN PORTILLO RONK, APC'S MOTION UNDER FED. R. CIV. P. 60(b) FOR RELIEF FROM ORDER ON ITS APPLICATION FOR COMPENSATION (DRB-3)**

Brinkman Portillo Ronk, APC ("BPR"), files this motion for reconsideration (the "Motion") under Federal Rule of Civil Procedure ("FRCP") 60(b), made applicable to bankruptcy cases by Federal Rule of Bankruptcy Procedure ("FRBP") 9024, of the Order [Docket No. 479] (the "Fee Order") on the Official Committee of Unsecured Creditors' First Interim and Final Fee Application of Brinkman Portillo Ronk, APC for Allowance of Compensation and Reimbursement of Expenses [DRB-3] (the "Fee Application").

//

//

//

BPR presents this Motion and supporting papers, including a Memorandum and the Declaration of Kelsi J. Hunt, and respectfully requests that the Court grant the Motion.

Dated: September 4, 2020            **BRINKMAN PORTILLO RONK, APC**

                                                 /s/ Daren R. Brinkman
                                           By: Daren R. Brinkman
                                           *Counsel for BPR*